**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 330 MAL 2018

           Respondent           :

                                   :    Petition for Allowance of Appeal from
                                   :    the Order of the Superior Court

           v.                   :

STEVEN D. GEBHART,           :

           Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of December, 2018, the Petition for Allowance of Appeal, Emergency: Motion to Expedite, Petition for Allowance for Writ of Habeas Corpus, Emergency: Writ of Prohibition/Newly Discovered Evidence, Petition for Leave of Court for Dismissal, Petition for Leave of Court for Dismissal of Cyber Fraud, Extraordinary Relief Sought; Video Conference Demanded, Petition for Leave of Court for Incamera Inspection, and Petition for Correction; Petition for Writ of Mandamus are **DENIED**.